**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02011-WJM-KLM
   Consolidated with Civil Action No. 16-cv-03180-WJM-KLM

SEAN GUBRICKY, Derivatively on Behalf of Nominal Defendant, CHIPOTLE MEXICAN GRILL, INC.,

   Plaintiff,

v.

STEVE ELLS,
MONTGOMERY F. (MONTY) MORAN,
MARK CRUMPACKER,
JOHN CHARLESWORTH,
KIMBAL MUSK,
PATRICK J. FLYNN,
STEPHEN GILLETT,
ALBERT S. BALDOCCHI,
DARLENE FRIEDMAN, and
NEIL FLANZRAICH,

   Defendants,

-and-

CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,

   Nominal Defendant.

## UNOPPOSED MOTION TO EXTEND JULY 7, 2017 DEADLINE

Undersigned counsel hereby provides notice that the parties to this litigation are in the final stages of discussing a potential resolution of the claims asserted in this consolidated shareholder derivative action. Consequently, Plaintiff requests that the Court enter an order extending the July 7, 2017 deadline contained in its order dismissing this action by which Plaintiff must make a formal demand on Chipotle's board of directors (Doc. #90, at 25). In support, Plaintiff states as follows:

   1.    Plaintiff's counsel have conferred with defense counsel regarding this notice and motion. Defense counsel do not oppose the requested relief.

2. On June 7, 2017, this Court issued its Order Granting Motion to Dismiss. Doc. #90. The Order requires Plaintiff inform the Court by July 7, 2017 whether he has made a demand on Chipotle's board of directors, or that he has no intent to make such a demand. If Plaintiff chooses the latter course, the Court stated that it will convert the dismissal to "with prejudice" and enter final judgment.

3. Prior to the dismissal and continuing to this day, the parties have begun and continue to be engaged in good faith settlement negotiations. As a result of this process, the parties request a brief extension of time through and including July 31, 2017 in which to explore settlement discussions and for Plaintiff to determine whether he intends to make a formal demand on Chipotle's Board of Directors.

4. It has been well recognized that "there is a public policy in favor of the settlement of disputes and [ ] courts will honor this policy by facilitating settlement where appropriate." *Clarke v. National Payment Relief, LLC*, 2016 WL 540976, *1 (D. Colo. Feb. 11, 2016).

5. The Court may extend such deadline pursuant to Fed. R. Civ. P. 6(b)(1)(A) when there is good cause for extending the same.

6. There is good cause to extend the July 7, 2017 deadline as the parties have engaged in settlement discussions and believe that this matter has a strong likelihood of being resolved. The parties are in the final stages of discussions on potential resolution.

7. Plaintiff's counsel also certify that they have provided notice of this motion to their client pursuant to D.C.COLO.LCivR 6.1(c).

ACCORDINGLY, Plaintiff hereby moves the Court for an order: (i) extending the July 7, 2017 deadline contained in its Order Granting Motion to Dismiss by which Plaintiff must make a

formal demand on Chipotle's board of directors; and (ii) setting a July 31, 2017 deadline by which Plaintiff must make a formal demand on Chipotle's board of directors.

Dated this 30th day of June, 2017.

/s/ Jeffrey A. Berens
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, Colorado 80238
Telephone: 303-861-1764
Facsimile: 303-395-0393
Email: jeff@jberenslaw.com

FARUQI & FARUQI, LLP
Stuart J. Guber
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: sguber@faruqilaw.com

FARUQI & FARUQI, LLP
Nadeem Faruqi
Nina M. Varindani
685 Third Avenue, 26th Floor
New York, New York 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: nfaruqi@faruqilaw.com
       nvarindani@faruqilaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Jeffrey A. Berens*
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, CO  80238-2300
(303) 861-1764 (Telephone)
(303) 395-0393 (Facsimile)
jeff@jberenslaw.com