# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02011-WJM-KLM
    Consolidated with Civil Action No. 16-cv-03180-WJM-KLM

SEAN GUBRICKY, Derivatively on Behalf of Nominal Defendant, CHIPOTLE MEXICAN GRILL, INC.,

    Plaintiff,

v.

STEVE ELLS,
MONTGOMERY F. (MONTY) MORAN,
MARK CRUMPACKER,
JOHN CHARLESWORTH,
KIMBAL MUSK,
PATRICK J. FLYNN,
STEPHEN GILLETT,
ALBERT S. BALDOCCHI,
DARLENE FRIEDMAN, and
NEIL FLANZRAICH.

    Defendants,

-and-

CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,

    Nominal Defendant.

## JOINT MOTION TO VACATE AUGUST 22, 2017 DEADLINE

The parties, by and through their respective undersigned counsel, hereby move the Court for an order: (i) vacating the August 22, 2017 deadline by which Plaintiff must state whether he intends to make a formal demand on Chipotle's board of directors; and (ii) setting a September 15, 2017 deadline by which Plaintiff must state whether he intends to make a formal demand. *See* Doc. #90, at 25 (granting the motion to dismiss); *see also* Docs. #92 and #96 (granting the motions for extension of time).  In support, the parties jointly state as follows:

    1.    The parties have conferred and agree that the requested relief should be granted.

    2.    On June 7, 2017, this Court issued its Order Granting Motion to Dismiss. Doc.

#90. The Order required Plaintiff inform the Court by July 7, 2017 whether he has made a demand on Chipotle's board of directors, or that he has no intent to make such a demand. If Plaintiff chooses the latter course, the Court stated that it will convert the dismissal to "with prejudice" and enter final judgment.

3.    The parties requested two brief extensions of this deadline, which were granted by the Court. Since the previous extension was granted, the parties have made significant progress in their negotiations.

4.    Prior to the dismissal and continuing to this day, the parties have begun and continue to be engaged in good faith settlement negotiations. The parties are in the final stages of negotiating a potential resolution, but respectfully ask for an additional, brief extension of time through and including September 15, 2017 so that the parties can continue to discuss a potential settlement. The extension is necessitated by the fact that there are many parties involved and that the parties are also discussing a potential resolution of the state court derivative lawsuit. Because of the number of parties and claims, the discussions have taken longer than they otherwise would have. Moreover, the brief extension requested will allow Chipotle's board of directors sufficient time to review and consider the details of any proposed settlement.

5.    It has been well recognized that "there is a public policy in favor of the settlement of disputes and [ ] courts will honor this policy by facilitating settlement where appropriate." *Clarke v. National Payment Relief, LLC*, 2016 WL 540976 *1 (D. Colo. February 11, 2016).

6.    The Court may extend such deadline pursuant to Fed. R. Civ. P. 6(b)(1)(A) when there is good cause for extending the same.

7.    There is good cause to extend the August 22, 2017 deadline as the parties have

engaged in settlement discussions and believe that this matter has a strong likelihood of being resolved.

8.  The parties also certify that they have provided notice of this Motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

ACCORDINGLY, the parties jointly move the Court for an order: (i) vacating the August 22, 2017 deadline by which Plaintiff must state whether he intends to make a formal demand on Chipotle's board of directors; and (ii) setting a September 15, 2017 deadline by which Plaintiff must state whether he intends to make a formal demand on Chipotle's board of directors.

Dated this 22nd day of August, 2017.

/s/ Jeffrey A. Berens
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, Colorado 80238
Telephone: 303-861-1764
Facsimile: 303-395-0393
Email: jeff@jberenslaw.com

FARUQI & FARUQI, LLP
Stuart J. Guber
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: sguber@faruqilaw.com

FARUQI & FARUQI, LLP
Nadeem Faruqi
Nina M. Varindani
685 Third Avenue, 26th Floor
New York, New York 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: nfaruqi@faruqilaw.com
       nvarindani@faruqilaw.com

*Attorneys for Plaintiff*

*/s/ Thomas R. Blackburn*
Douglas C. Wolanske, #29660
Kendra N. Beckwith, #40154
Thomas R. Blackburn, #41136
MESSNER REEVES LLP
1430 Wynkoop Street, Suite 300
Denver, CO  80202
Phone No.: (303) 623-1800
Facsimile No: (303) 623-0552
E-Mail:  dwolanske@messner.com
E-Mail:  kbeckwith@messner.com
E-Mail:  tblackburn@messner.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Jeffrey A. Berens*
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, CO  80238-2300
(303) 861-1764 (Telephone)
(303) 395-0393 (Facsimile)
jeff@jberenslaw.com