**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 16-cv-2011-WJM-KLM
Consolidated with Civil Action No. 16-cv-3180-WJM-KLM

SEAN GUBRICKY, derivatively on behalf of nominal Defendant, Chipotle Mexican Grill, Inc.,

    Plaintiff,

v.

STEVE ELLS,
MONTGOMERY F. (MONTY) MORAN,
MARK CRUMPACKER,
JOHN S. CHARLESWORTH,
KIMBAL MUSK,
PATRICK J. FLYNN,
STEPHEN GILLETT,
ALBERT S. BALDOCCHI,
DARLENE J. FRIEDMAN, and
NEIL W. FLANZRAICH,

    Defendants,

and

CHIPOTLE MEXICAN GRILL, INC.,

    Nominal Defendant.

ROBBINS GELLER RUDMAN & DOWD LLP, and
MOTLEY RICE LLC,

    Intervenors.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order Approving Derivative Action

Settlement, entered by the Honorable William J. Martínez, United States District Judge,

on April 4, 2018, it is

ORDERED that

1. Plaintiff's Unopposed Motion for Final Approval of Derivative Action Settlement (ECF No. 115) is GRANTED;

2. Pursuant to Federal Rule of Civil Procedure 23.1(c), the Proposed Settlement (ECF Nos. 110-1, 110-2, 110-3, 110-4) is APPROVED;

3. Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses (ECF No. 116) is GRANTED;

4. Plaintiff is AWARDED $375,000 inclusive of attorneys' fees, expenses, and service awards for the Named Plaintiffs;

5. The Named Plaintiffs are each AWARDED service awards of $1,000 each, not to exceed $5,000 in the aggregate, to be paid from the $375,000 award approved in the Order [145];

6. The various objections to the Proposed Settlement (ECF Nos. 123, 129, 138) are OVERRULED;

7. Final Judgment is entered, dismissing this action with prejudice pursuant to the parties' settlement.  The parties shall bear their own costs except as provided in the Order [145].

Dated at Denver, Colorado, this 4th day of April, 2018.

APPROVED BY THE COURT:

_____
Judge William J. Martínez
United States District Judge

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk